THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Andrew Chance, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

Appeal From Richland County
 Roger M. Young, Circuit Court Judge
Unpublished Opinion No.  2010-UP-512
Submitted November 1, 2010  Filed
 November 23, 2010  
APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L. Savitz III, of Columbia, for
 Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Brian T. Petrano, all of Columbia, for
 Respondent.
 
 
 

PER
 CURIAM:  Petitioner seeks a writ of certiorari from
 the denial of his application for post-conviction relief (PCR).  
Because evidence supports the PCR court's finding that Petitioner
 did not knowingly and intelligently waive his right to a direct appeal, we
 grant certiorari and proceed with a review of the direct appeal issue pursuant
 to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986), and White v. State,
 263 S.C. 110, 208 S.E.2d 35 (1974).
After
 a thorough review of the record and Petitioner's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Petitioner's appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HUFF, KONDUROS,
 and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.